# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIK FLEMING, | ) | NO. CV 08-6511 SVW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LONG BEACH SUPERIOR COURT, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 5, 2009

                                                                    /s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE